**FILED**

11/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0671

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

GENE DEVERAUX,

> Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 27, 2021, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 18 2021